# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Richard Stone, | Case No. 11-cv-0951 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Lucinda E. Jesson, et al., | |
| Defendants. | |

This matter is before the Court on the May 4, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 59.) The R&R recommends denying Plaintiff Charles Richard Stone's motion for class certification. Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

## ORDER

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.      The May 4, 2017 R&R, (Dkt. 59), is **ADOPTED**; and

2.    Plaintiff Charles Richard Stone's motion for class certification, (Dkt. 55), is

**DENIED WITHOUT PREJUDICE**.


Dated:  May 25, 2017                                    s/Wilhelmina M. Wright
                                                       Wilhelmina M. Wright
                                                       United States District Judge