UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Richard Stone, | Case No. 11-cv-0951 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Lucinda E. Jesson et al., | |
| Defendants. | |

This matter is before the Court on the December 5, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 95.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 5, 2018 R&R, (Dkt. 95), is **ADOPTED**.

2. Plaintiff Charles Richard Stone's Motion for an Order Requiring MSOP to "Allow" Plaintiff an Extra Legal Materials Storage Bin, (Dkt. 62), is **DENIED**.

Dated: February 11, 2019  s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge