UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Richard Stone, | Case No. 11-cv-0951 (WMW/HB) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Lucinda E. Jesson et al., | |
| Defendants. | |

This matter is before the Court on the May 30, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 144.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 30, 2019 R&R, (Dkt. 144), is **ADOPTED**.

2. Plaintiff Charles Richard Stone's Motion to Certify Class, (Dkt. 118), is **DENIED**.


Dated: August 9, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge